# IN THE DISTRICT COURT OF THE UNITED STATES
## for the Western District of New York

|  |  |
|---|---|
| | March 2024 GRAND JURY (Impaneled 03/22/2024) |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| -vs- | Violation: Title 21, United States Code, Section 841(a)(1) (1 Count) |
| **WILLIAM MCKINNEY a/k/a Zell** | |

## COUNT 1

**(Distribution of Fentanyl)**

The Grand Jury Charges That:

On or about November 12, 2023, in the Western District of New York, the defendant, **WILLIAM MCKINNEY a/k/a Zell**, did knowingly and intentionally possess with intent to distribute, and distribute, 400 grams or more of a mixture and substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).**

DATED: Buffalo, New York, March 13, 2025

                                      MICHAEL DIGIACOMO
                                      United States Attorney

         BY:    S/JEFFREY E. INTRAVATOLA
                      JEFFREY E. INTRAVATOLA
                      Assistant United States Attorney
                      United States Attorney's Office
                      Western District of New York
                      138 Delaware Avenue
                      Buffalo, New York 14202
                      716/843-5858
                      Jeffrey.Intravatola@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON