UNITED STATES DISTRICT COURT
FILED
SEP 2 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

WILLIAM McKINNEY a/k/a Zell,

Defendant.

25-CR-49-LJV-MJR
DECISION & ORDER

1. On July 23, 2026, the defendant, William McKinney, pleaded guilty to count 1 of the indictment charging a violation of Title 21, United States Code, Section 841(a)(1) (distribution of 400 grams or more of fentanyl). Docket Item 44.

2. On July 23, 2026, the Honorable Michael J. Roemer, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 46.

3. This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4. This Court has carefully reviewed *de novo* Judge Roemer's Report & Recommendation (Docket Item 46), the plea agreement (Docket Item 44), the indictment (Docket Item 1), a transcript of the plea proceeding (Docket Item 47), and the applicable law. This Court finds no legal or factual error in Judge Roemer's Report & Recommendation and therefore adopts Judge Roemer's recommendation that the

defendant's plea of guilty be accepted and that the defendant be adjudged guilty of count 1 of the indictment.

IT IS HEREBY ORDERED that this Court adopts Judge Roemer's July 23, 2026 Report & Recommendation, Docket Item 46, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, William McKinney is now adjudged guilty under Title 21, United States Code, Section 841(a)(1).

SO ORDERED.

Dated: September 2, 2026
Buffalo, New York

LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE